IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DELMAR H. LEATHERMON, MARGARET L. LEATHERMON, RHONDA WILEY, JOHN J. JAYNES, TERRY ROWLETT and KAREN S. ROWLETT on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>              v.<br><br>GRANDVIEW MEMORIAL GARDENS, INC., BENNY GARLAND, JIMMY W. SIMPSON, CARRIAGE FUNERAL SERVICES OF INDIANA, CARRIAGE CEMETERY SERVICES, INC., a wholly owned subsidiary of Carriage Services, Inc., CARRIAGE SERVICES, INC., JAMES R. HOLT, MADISON FUNERAL SERVICE, INC. and GRANDVIEW MEMORIAL GARDENS, LLC,<br><br>              Defendants. | Case No. 4:07-cv-0137-SEB-WGH |

## **DEFENDANT GRANDVIEW MEMORIAL GARDENS, LLC, MOTION TO DISQUALIFY**

Defendant, Grandview Memorial Gardens, LLC, respectfully moves this Court for an order disqualifying John C. Eckert and the Eckert Law Firm (a/k/a the Eckert Law Office), J. Anthony Goebel and the Goebel Law Office, M. Stephen Pitt and Wyatt, Tarrant & Combs, LLP from appearing as counsel of record for any of the Plaintiffs in the pending litigation, and from participating or assisting, directly or indirectly, in this action.

The substantial relationship of these attorneys and law firms with the movant before their representation of the adverse interests of the Plaintiffs in this case and the attorneys' related conduct makes disqualification absolutely necessary.

071228 / 773152-1

In support of this motion, Grandview Memorial Gardens, LLC files herewith the Affidavit of Keith Mefford and its Brief in Support of Disqualification, with exhibits.

                          KIGHTLINGER & GRAY, LLP

                    /s    John B. Drummy
                        Jeffrey D. Hawkins, Attorney No. 19387-49
                        Peter G. Tamulonis, Attorney No. 531-49
                        John B. Drummy, Attorney No. 4824-49
                        Richard T. Mullineaux, Attorney No. 9874-22
                        Attorneys for Defendant
                        Grandview Memorial Gardens, LLC

## **CERTIFICATE OF SERVICE**

I certify that a copy of the forgoing was filed electronically this 24th day of April, 2009. Notice of this filing will be sent to the all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

| | | |
|---|---|---|
| Lonnie D. Johnson<br>ljohnson@mcgb.com | John J. Tanner<br>jjtanner@bakerd.com | Robert L. Barlow<br>rbarlow@blueriver.net |
| J. Anthony Goebel<br>tony@goebellawoffice.com | Pamela J. Hensler<br>phensler@mcgb.com | William H. Mullis<br>whm@mullislaw.com |
| Donald L. Miller, II<br>dmiller@gsmblaw.com | Andrew Campbell<br>andrew.campbell@bakerd.com | James W. Riley, Jr.<br>jriley@rbelaw.com |
| Karl Fanter<br>kfanter@bakerlaw.com | Scott C. Holbrook<br>sholbrook@bakerlaw.com | Ronald S. Okada<br>rokada@bakerlaw.com |
| Merrill S. Schell<br>mschell@wyattfirm.com | John F. Carroll<br>jcarroll@gsmblaw.com | M. Stephen Pitt<br>mspitt@wyattfirm.com |
| Joseph A. Colussi<br>colussilaw@msn.com | Jean W. Bird<br>jbird@wyattfirm.com | |

                        /s    John B. Drummy
                          John B. Drummy

KIGHTLINGER & GRAY, LLP
MARKET SQUARE CENTER, SUITE 600
151 N. DELAWARE STREET
INDIANAPOLIS, INDIANA 46204
(317) 638-4521

jdrummy@k-glaw.com
ptamulonis@k-glaw.com
rmullineaux@k-glaw.com
jhawkins@k-glaw.com