UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

NEW ALBANY DIVISION

| | |
|---|---|
| DELMAR H. LEATHERMON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GRANDVIEW MEMORIAL GARDENS, INC., *et al.*, <br><br> Defendants. | Cause No. 4:07-CV-0137-SEB-WGH <br><br><br> HON. SARAH EVANS BARKER |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Please take notice that on March 14, 2014 at 10:00 a.m. in the United States District Court for the Northern District of Indiana before the Honorable Sarah Evans Barker, , or at such other time and place as may be set by the Court, Plaintiffs Margaret L. Leathermon, Cindy Jones, Terri Cosby, Willa Albus-Skirvin, Richard Albus, Charlotte Hall, and Claudia Spenneberg ("Plaintiffs"), will move the Court, pursuant to Rule 23(e) of the Federal Rules of Procedure, for an order:

(1)     preliminarily approving the proposed settlement in this action ("Settlement") as memorialized in the Class Action Settlement Agreement

("Settlement Agreement")[1] attached as **Exhibit 1** to the memorandum of law concurrently filed herewith;

(2) certifying the following Settlement Class for settlement purpose a class comprised of members of the following four sub-classes:

- <u>Settlement Sub-Class One</u>: All personal representatives and/or individuals vested with the right, pursuant to Indiana common law or statutory law, to control the disposition of the remains of decedents who were interred in lawn crypts outside of any Lawn Crypt Section at Grandview Memorial Gardens Cemetery, or any other party seeking relief in connection with the disposition of those remains.  For purposes of this Agreement, a "Lawn Crypt Section" is an area of Grandview Memorial Gardens Cemetery in which drainage pipes and tile have been installed below pre-installed lawn crypts;

- <u>Settlement Sub-Class Two</u>: All personal representatives and/or individuals vested with the right, pursuant to Indiana common law or statutory law, to control the disposition of the remains of decedents who were interred in lawn crypts within a Lawn Crypt Section at Grandview Memorial Gardens Cemetery, or any other party seeking relief in connection with the disposition of those remains;

- <u>Settlement Sub-Class Three</u>:  All persons, and/or their authorized representatives or agents, who entered into agreements with any Defendant for the purchase of a lawn crypt and a burial space at Grandview Memorial Gardens Cemetery in which the lawn crypt has been preinstalled outside of any Lawn Crypt Section at Grandview Memorial Gardens Cemetery and who have not yet been interred in such a lawn crypt; and

---

[1]   The Settlement Agreement contains all material terms of the Settlement, including, the manner and form of notice to the Settlement Class and the conditions for final approval of the Settlement.

- <u>Settlement Sub-Class Four</u>: All persons, and/or their authorized representatives or agents, who entered into agreements with any Defendant for the purchase of a lawn crypt and a burial space at Grandview Memorial Gardens Cemetery which is within a Lawn Crypt Section at Grandview Memorial Gardens Cemetery and who have not yet been interred in such a lawn crypt.

(3) designating Plaintiffs Margaret L. Leathermon, Cindy Jones, Terri Cosby, Willa Albus-Skirvin, Richard Albus, Charlotte Hall, and Claudia Spenneberg as the Class Representatives;

(4) appointing the law firms of Arias Ozzello & Gignac LLP and Stoll Keenon Ogden PLLC as Class Counsel;

(5) approving the form of class notice;

(6) approving the dissemination of class notice; and

(6) establishing dates for the dissemination of class notice, the deadline for the submitting of requests for exclusion from the Settlement Class, the deadline for filing and serving of objections to the Settlement, and other relevant deadlines; and

(7) scheduling a hearing date and briefing schedule for final settlement approval, Class Counsel's fee and expense application, and determination of an appropriate enhancement award for the Class Representatives.

This motion is made upon the grounds that the parties, by and through their respective counsel, have entered into the Settlement Agreement which provides for

3

dismissal of this action, pursuant to Rule 23(e), upon the terms and conditions specified therein and subject to the approval of the Court.

This motion is based upon this notice, the memorandum of law filed concurrently herewith, the accompanying declarations and exhibits attached thereto, the complete records and file in this action, and upon any other such oral or documentary evidence as may be permitted by the Court.

Dated:  February 18, 2014            /s/ Mike Arias

Mike Arias, Esq. (Admitted *Pro Hac Vice*)
 (marias@aogllp.com)
**Arias Ozzello & Gignac LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Phone: (310) 670-1600 / Fax: (310) 670-1231

and

Douglas C. Ballantine
 (douglas.ballantine@skofirm.com)
Justin D. Clark (Admitted *Pro Hac Vice*)
 (justin.clark@skofirm.com)
Christopher E. Schaefer (Admitted *Pro Hac Vice*)
 (christopher.schaefer@skofirm.com)
**Stoll Keenon Ogden PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Phone: (502) 333-6000 / Fax: (502) 333-6099

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, I electronically filed the foregoing document(s) described as:

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT

with the clerk of the Court for the United States District Court for the Southern District of Indiana by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system as follows:

>Scott Christopher Holbrook
>BAKER & HOSTETLER LLP
>3200 National City Center
>1900 East 9th Street
>Cleveland, OH 44114

>James W. Riley, Jr.
>RILEY BENNETT & EGLOFF LLP
>141 East Washington Street, Suite 400
>Indianapolis, IN 46204
>*Counsel for Defendants,*
>*Grandview Memorial Gardens, Inc.,*
>*Carriage Cemetery Services, Inc.,*
>*Carriage Funeral Holdings, Inc., and*
>*Carriage Services, Inc.*

John Francis Carroll
Frederick Reinecke
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
*Counsel for Defendant,*
*Jimmy W. Simpson*

William H. Mullis
112 South Seventh Street
P. O. Box 35
Mitchell, IN 47446
*Counsel for Defendants,*
*James R. Holt, Madison Funeral Service, Inc.,*
*and Mainstreet Investments, Inc.*

Mary F. Schmid
251 East Ohio Street, Suite 1100
Indianapolis, IN 46204
*Counsel for Defendant,*
*Grandview Memorial Gardens, LLC*

Dated: February 18, 2014     /s/ Mike Arias
                               Mike Arias, Esq. (Admitted *Pro Hac Vice*)
                               (marias@aogllp.com)